IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOMMY DILLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAY & ZIMMERMANN NPS and DAVE BALATINCZ,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 13-2668 |

## ORDER

**AND NOW**, this 29th day of July, 2014, upon consideration of Defendants' Motion to Dismiss (Docket #2) and all supporting and opposing briefs, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. To the extent Plaintiff raises a wrongful discharge claim alleging that his discharge was unfair or based on false information, that claim is **DISMISSED WITH PREJUDICE**.

2. To the extent Plaintiff raises a retaliation or whistleblower claim related to his alleged report of a safety issue, that claim is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff may file an amended complaint within 30 days raising a retaliation or whistleblower claim supported by more specific allegations and identifying the legal provision or provisions that prohibit discharge based on his report of a safety issue.

4. The Court's stay of discovery in this matter shall remain in effect.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.