IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TOMMY DILLE,

    Plaintiff,

v.

DAY & ZIMMERMANN NPS,

    Defendant.

CIVIL ACTION
NO. 13-2668

## **ORDER**

**AND NOW**, this 23rd day of June, 2015, upon consideration of Defendant's Motion to Dismiss (Doc. #17)[1] and all supporting and opposing briefs, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE** in its entirety. The Clerk shall mark the case closed.

                                            **BY THE COURT:**

                                            **/s/ Jeffrey L. Schmehl**
                                            Jeffrey L. Schmehl, J.

---

[1] The Motion was filed by both Defendants, Day & Zimmerman NPS and Dave Balatincz, but Defendant Balatincz has already been separately dismissed on Plaintiff's motion.